# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**DURINGUS SHONTAE GRAY**　　　　　　　　　　　　　　　　　**PLAINTIFF**
**ADC #117772**

**v.**　　　　　　　**CASE NO. 2:20-CV-00218-BSM**

**GAYLON LAY,** *et al.*　　　　　　　　　　　　　　　　　　　**DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 22nd day of June, 2021.

_____
UNITED STATES DISTRICT JUDGE